IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV148

| | | |
|---|---|---|
| APRIL SUMMERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Plaintiff's nonpayment of the filing fees herein.

On April 15, 2008, the Court denied the Plaintiff's application to proceed in *forma pauperis* and directed that the required filing fees be paid to the Clerk within 20 days of entry of the Order. **See Order, filed April 15, 2008, at 2.** The Order warned Plaintiff that her failure to pay the fees would result in summary dismissal of the action. The deadline for payment was May 8, 2008; to date, the filing fees have not been paid.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** for failure to pay the required filing fees.

Signed: May 13, 2008

Lacy H. Thornburg
United States District Judge