# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:08CV148

| | |
|---|---|
| APRIL SUMMERLIN,        ) | |
|             ) | |
|        Plaintiff,       ) | |
|             ) | |
|      Vs.           ) | **O R D E R** |
|             ) | |
| MICHAEL ASTRUE, Commissioner   ) | |
| of Social Security,        ) | |
|             ) | |
|        Defendant.     ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for

reconsideration of the Court's dismissal of this case on May 13, 2008, for

nonpayment of the filing fees herein.

On April 15, 2008, the Court denied the Plaintiff's application to

proceed in *forma pauperis* and directed the required filing fees be paid to

the Clerk within 20 days of entry of the Order.  ***See* Order, filed April 15,**

**2008, at 2.**  The Order warned Plaintiff that her failure to pay the fees

would result in summary dismissal of the action.  The deadline for payment

was May 8, 2008.  When the filing fee was not received and no request for

an extension of time to do so was filed by Plaintiff, the Court dismissed the

action.  *See* **Order, filed May 13, 2008.**  Counsel for Plaintiff advises he

did not receive a copy of the Court's April 15, 2008, Order.  **Plaintiff's**

**Motion for Reconsideration, filed May 14, 2008.**  In support of the

motion for reconsideration, counsel attaches an affidavit from Roberta

Owens, counsel's employee, who avers that she is responsible for

monitoring all of the electronic mail received from this Court to counsel's

office, and no order was received on April 15, 2008, regarding to this case.

*See* **Affidavit of Roberta Owens,** *attached to* **Plaintiff's Motion.**

However, a report generated from the tracking system of this Court's

CM/ECF software shows that the April 15, 2008, Order was indeed

successfully delivered to counsel's e-mail account at

[usdcadmin@wfattorneys.com](mailto:usdcadmin@wfattorneys.com) on April 15, 2008, at 13:53:52.

Because there appears to be a legitimate argument as to whether or

not counsel received the April 15, 2008, Order, the Court must provide the

benefit of the doubt to the Plaintiff, due to the fact that she did not

contribute to or cause the clerical error, counsel's oversight, or alleged

computer glitch.  Therefore, in the interest of justice, the Court will grant

Plaintiff's motion to reconsider and reinstate her civil action.

In a related matter, the Court notes that counsel filed an executed summons on the Commissioner of Social Security on April 29, 2008. Because summons have never been issued by the Clerk in this matter, this return will be stricken. Counsel is advised to contact the Clerk about the proper procedure for the issuance of summons *via* the Clerk's electronic filing system.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to reconsider is **ALLOWED**, the Court's dismissal is **STRICKEN**, and the Clerk is directed to reopen this case and return it to the Court's active docket.

**IT IS FURTHER ORDERED** that, the Court having previously denied the Plaintiff's motion to proceed in *forma pauperis*, the Plaintiff has to and including **JUNE 13, 2008**, in which to pay the filing fees herein, or the action will be summarily dismissed.

**IT IS FURTHER ORDERED** that the summons returned filed by Plaintiff's counsel on April 29, 2008, is hereby **STRICKEN**, and counsel is directed to submit summons to the Clerk for issuance **AFTER** the required filing fees are paid.

Signed: May 29, 2008

Lacy H. Thornburg
United States District Judge